**No. 09-650. Kelmer Da Silva Neves, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 901, 130 S. Ct. 3273, 176 L. Ed. 2d 1179, 2010 U.S. LEXIS 3905.

May 17, 2010. On petition for writ of certiorari to the United States Court of Appeals for the First Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the First Circuit for further consideration in light of Kucana v. Holder, 558 U.S. 233, 130 S. Ct. 827, 175 L. Ed. 2d 694 (2010).

Same case below, 568 F.3d 41.

**No. 09-9637. Roderick Washington, Petitioner v. Arnold Schwarzenegger, et al.**

560 U.S. 901, 130 S. Ct. 3289, 176 L. Ed. 2d 1179, 2010 U.S. LEXIS 4124.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

**No. 09-9642. Laurie Marie Laskey, Petitioner v. Platt Electric Supply.**

560 U.S. 901, 130 S. Ct. 3289, 176 L. Ed. 2d 1179, 2010 U.S. LEXIS 4151.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeal of California, First Appellate District, dismissed. See Rule 39.8.

**No. 09-9773. Steven Kent Bloom, Petitioner v. Kathleen Selzer-Lippert, et al.**

560 U.S. 901, 130 S. Ct. 3293, 176 L. Ed. 2d 1179, 2010 U.S. LEXIS 4090.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Kansas dismissed. See Rule 39.8.

Same case below, 214 P.3d 1226.